No. 98–1170. PORTUONDO, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY v. AGARD. C. A. 2d Cir. [Certiorari granted, 526 U. S. 1016.] Motion for appointment of counsel granted, and it is ordered that Beverly Van Ness, Esq., of New York, N. Y., be appointed to serve as counsel for respondent in this case.

No. 99–5542. REIMAN v. WAGSTAFF ET AL. C. A. 9th Cir.;

No. 99–5932. ROSENBERG v. BUSH ET AL. C. A. D. C. Cir.; and

No. 99–6033. IN RE VENERI. Motions of petitioners for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioners are allowed until November 2, 1999, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 99–5925. HENLEY v. STATE BAR OF GEORGIA. Sup. Ct. Ga. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 2, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 99–5884. IN RE CORNELL; and

No. 99–5918. IN RE KWASIGROCH. Petitions for writs of mandamus denied.

No. 99–5667. IN RE SANDERS. Petition for writ of mandamus and/or prohibition denied.

No. 98–1991. PUBLIC LANDS COUNCIL ET AL. v. BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari granted.

No. 99–166. UNITED STATES v. HUBBELL. C. A. D. C. Cir. Certiorari granted.